# IN THE UNITED STATE DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAMONT SAPP,** | : | No. 1:14-cv-1105 |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **DAUPHIN COUNTY JUVENILE PROBATION,** | ; : | |
| Defendants | : | (Magistrate Judge Carlson) |
| | : | |

## ORDER

**AND NOW**, on this 10th day of December 2014, **IT IS HEREBY ORDERED THAT:**

1. Magistrate Judge Carlson's Report and Recommendation (Doc. No. 5) is **ADOPTED**;

2. Plaintiff's objections (Doc. No. 12) are **OVERRULED**;

3. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is directed to close this file.

                                                        S/ Yvette Kane
                                                        Yvette Kane, District Judge
                                                        United States District Court
                                                        Middle District of Pennsylvania